IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS:
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIDA GARZA and SANTOS GARZA<br>   *PLAINTIFFS,* | § § § | |
| VS. | § § § | CIVIL ACTION NO. _____ |
| ELEAZAR BANDA MATA and<br>SERVICIOS ESPECIALIZADOS<br>ALANIS SA DE CV, LLC,<br>   *DEFENDANTS.* | § § § § | |

## DEFENDANT'S NOTICE OF REMOVAL

**TO:** THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Defendant **ELEAZAR BANDA MATA** files this notice of removal pursuant to 28 U.S.C. § 1446(a).

### I. Introduction

1.1   Plaintiffs ELIDA GARZA and SANTOS GARZA (hereinafter, "Plaintiffs"), are United States citizens and Texas residents.

1.2   Defendant ELEAZAR BANDA MATA (hereinafter, "Defendant Mata") is a citizen and resident of the country of Mexico.

1.3   Defendant SERVICIOS ESPECIALIADOS ALANIS SA DE CV, LLC (hereinafter, "Defendant Servicios") is an improper party to this lawsuit. Plaintiffs cannot prove now or in the future that Defendant Servicios was involved in the alleged motor vehicle accident made the basis of this lawsuit or that Defendant Servicios in any way caused or contributed to cause the alleged accident. Defendant Servicios was improperly

66150:46899701                                                1

and/or fraudulently joined in this lawsuit in an effort to defeat this Court's federal diversity jurisdiction.

1.4    The Cameron County District Clerk records indicate that Plaintiffs filed their suit against Defendants on January 23, 2023, in the 404th District Court in Cameron County, Texas under Cause No. 2023-DCL-00405. Said suit is styled *Elida Garza and Santos Garza v. Eleazar Banda Mata and Servicios Especializados Alanis SA de CV, LLC.* Citations were issued on February 13, 2023. Defendant Servicios was provided with service of process on April 17, 2023. Defendant Mata has yet to receive service of process.

1.5    Defendant Mata is a Mexican-licensed commercial truck driver who makes cross-border transfers of cargo between Mexico and the United States. He does not reside in the United States, and he does not have a designated place of employment in the United States.

1.6    Defendant Servicios is a Texas limited liability company whose address is in Mission, Texas. However, as stated above, Defendant Servicios is an improper party to this suit because: (a) it did not and does not employ, direct, control, nor have a right of control over Defendant Mata; (b) it did not and does not own, operate nor maintain the tractor-trailer Defendant Mata was operating at the time of the alleged accident; and (c) it had no involvement in the load, shipment or dispatch of any driver or cargo involved in the alleged motor vehicle accident with the Plaintiffs.

1.7    In the interests of speed and efficiency, Defendant Mata elects to waive formal service effective as of the date of this filing. Consequently, Defendants file their notice of removal within the 30-day time period required by 28 U.S.C. § 1446(B). *Bd. Of*

*Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007); *see also Monterey Mushrooms, Inc. v. Hall*, 14 F. Supp. 2d 988, 991 (S.D. Tex. 1998) (the statutory period for removal begins to run from the time a defendant actually receives a copy of the pleadings and not when the statutory agent receives process.).

## II.  Basis for Removal

2.1    Removal is proper because Plaintiff joined Defendant Servicios solely to defeat diversity jurisdiction. *See Davidson v. Ga-Pac., L.L.C.*, 819 F.3d 758, 765 (5th Cir. 2016). There is no reasonable basis for believing that Plaintiffs could recover from Defendant Servicios in state court. *Chambers v. HSBC Bank USA, N.A.*, 796 F.3d 560, 564-65 (6th Cir. 2015); *see Moris v. Princess Cruises, Inc.*, 236 F.3d 1061, 1067-68 (9th Cir. 2001).

2.1    Removal is proper because there is complete diversity between the parties.  28 U.S.C. § 1332(a); *Johnson v. Columbia Props. Acnhorage, L.P.*, 437 F.3d 894, 899-900 (9th Cir. 2006).  Plaintiffs are U.S. citizens and residents of the State of Texas.  Defendant Mata is a citizen and resident of Mexico. *See* 28 U.S.C.A. § 1441(a); *Barragan v. Warner-Lambert Co.*, 216 F. Supp. 2d 627, 630 (W.D. Tex. 2002). Additionally, the amount in controversy exceeds $75,000.00, excluding interest and costs. 28 U.S.C. § 1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006).

2.3    Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in the Brownsville Division of the Southern District of Texas.

2.4　　Defendant Mata will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

2.5　　Pursuant to Local Rule LR81 of the United States District Court for the Southern District of Texas, Defendants provide certified copies of the docket sheet, if any, process, if any, pleadings, and any signed orders served in the State Court action, together with an index of matters being filed, and the notice served upon Plaintiffs' attorney of record that this matter was removed.  These documents are attached as "**EXHIBIT 1**".  Also pursuant to LR81, an Index of Attorneys/Parties is attached as "**EXHIBIT 2.**"

2.6　　Defendant Servicios consents to this removal.

### III.  Prayer

3.1　　In accordance with the above, Defendant prays that this Court enter such further Orders and grant such further relief as may be necessary to secure removal herein and to prevent further proceedings in the 404th Judicial District Court in Cameron County, Texas and for such other and further relief, general and special, legal and equitable, to which it may show itself to be justly entitled.

Respectfully submitted,

By:　*/s/ James H. Hunter, Jr.*
　　　James H. Hunter, Jr.,
　　　Attorney-in-Charge,
　　　State Bar No. 00784311
　　　Federal I.D. No. 15703
　　　55 Cove Circle
　　　Brownsville, Texas 78521
　　　(956) 542-4377 (Telephone)
　　　(956) 542-4370 (Facsimile)
　　　E-Mail: jim.hunter@roystonlaw.com

**ATTORNEYS FOR DEFENDANT
ELEAZAR BANDA MATA**

**OF COUNSEL:**

Lorena A. Guajardo
State Bar No. 24096911
Federal I.D. No. 3655024
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
Email:  aly.guajardo@roystonlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above and foregoing document was filed electronically and forwarded via the CM/ECF Filing System, facsimile, Regular U.S. Mail, certified mail, return receipt requested and/or E-Mail to all known counsel of record on this **2nd** day of May 2023, as follows:

Orlando Garcia
State Bar No. 24103705
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas 78539
ogarcia@ramongarcia-law.com
valfaro@ramongarcia-law.com

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP

By: */s/ James H. Hunter, Jr.*
James H. Hunter, Jr.,
Attorney-in-Charge,
State Bar No. 00784311
Federal I.D. No. 15703
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)

(956) 542-4370 (Facsimile)
E-Mail: jim.hunter@roystonlaw.com
**ATTORNEYS FOR DEFENDANT
ELEAZAR BANDA MATA**

**OF COUNSEL:**

Lorena A. Guajardo
State Bar No. 24096911
Federal I.D. No. 3655024
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
Email:  aly.guajardo@roystonlaw.com