# LAW OFFICE OF
# RAMON GARCIA
A PROFESSIONAL CORPORATION

222 W. UNIVERSITY DRIVE   EDINBURG, TEXAS 78539
rgarcia@ramongarcia-law.com

**ORLANDO F. GARCIA**  TELEPHONE: 956-383-7441
ogarcia@ramongarcia-law.com  FACSIMILE: 956-381-0825

November 22, 2023

Aly Guajardo  *Via email:* aly.guajardo@roystonlaw.com
ROYSTON, RAYZOR, VICKERY  *Via email:* lorena.salazar@roystonlaw.com
& WILLIAMS, LLP  *Via email:* allison.koltunchik@roystonlaw.com
55 Cove Circle
Brownsville, Texas 78521

## RULE 11 AGREEMENT

Dear Counsel:

Pursuant to your communication with my paralegal this morning, this is to memorialize our agreement to extend Plaintiff's deadline in which to file their discovery responses, which was scheduled for Thursday, November 23, 2023, to the agreed upon date of Wednesday, November 29, 2023.

If the above accurately reflects our agreement, please sign on the signature line provided for you below so that this correspondence may be filed with the Court in compliance with Rule 29 of the Federal Rules of Civil Procedure. Thank you for your attention to this matter.

Sincerely,

LAW OFFICES OF RAMON GARCIA, P.C.

*/s/ Orlando F. Garcia*
Orlando F. Garcia,
Attorney At Law

OFG/mr


*/s/ Allison Koltunchik (with permission)*   11/22/2023
Allison Koltunchik   Date
Attorney for Defendants