United States District Court
Southern District of Texas
**ENTERED**
July 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIDA GARZA & SANTOS GARZA, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-069 |
| | § | |
| ELEAZAR BANDA MATA & | § | |
| SERVICIOS ESPECIALIZADOS | § | |
| ALANIS SA DE CV, LLC, | § | |
| Defendants. | § | |

### ORDER ON JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

On July 1, 2024, the parties filed a notice of settlement of all claims in this matter.[1] Dkt. No. 21.

On July 15, 2024, the Court received a joint stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 24. This Rule permits a plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are dismissed with prejudice. The District Clerk is directed to close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

Signed on July 16, 2024.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge

---

[1] Claims against Defendant Servicios Especializados Alanis SA de CV were previously dismissed with prejudice by Court Order. Dkt. No. 13.